# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-3761 FMO (AGRx) | Date | May 20, 2020 |
|---|---|---|---|
| Title | Susan Hannaford, et al. v. Jeremy Shepherd, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Payment of Filing Fee

The court has been advised that plaintiffs have failed to pay the mandatory filing fee of $400.00. Specifically, the court received notice that plaintiff's check for the $400.00 filing fee was returned by the bank with a notation of "Stop Payment." An additional fee of $53.00 is required for processing a returned check. Therefore, the total amount due is $453.00, payable by cashier's check or money order only.

Based on the foregoing, IT IS ORDERED that plaintiffs shall, no later than **May 26, 2020**, pay the amount of $453.00 to the Clerk of the Court. The amount shall be payable by cashier's check or money order. **Failure to pay the amount set forth above shall result in the action being dismissed without prejudice for failure to pay the filing fee**. See Fed. R. Civ. P. 41; Baeza v. Baca, 700 F.Appx. 657 (9th Cir. 2017) (upholding dismissal for failure to prosecute); Link v. Wabash R. Co., 370 U.S. 626, 629-31, 82 S.Ct. 1386, 1388 (1962) ("expressly recogniz[ing]" the "inherent power" of a "court to dismiss sua sponte for lack of prosecution[.]").

|  | 00 : 00 |
|---|---|
|  | Initials of Preparer    vdr |

cc: FISCAL DEPT.