JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HANNAFORD, et al., | Case No. CV 20-3761 FMO (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JEFFREY SHEPHERD, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 28th day of May, 2020.

/s/
Fernando M. Olguin
United States District Judge